**No. R68/7.**—Shalom & Co. *v.* United States, reappraisement R61/11143 (New York).

In accordance with stipulation of counsel that the issues and relevant facts are the same in all material respects as those in *Shalom Baby-Wear, Inc.* v. *United States* (54 Cust. Ct. 526, Reap. Dec. 10905), the court found and held that export value, as that value is defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for the determination of value for the various articles of cotton wearing apparel (including T shirts and parkas) in issue and that such value is the appraised unit value, net packed, less the buying commission paid to Esses & Co. of Hong Kong, as stated on the invoices.

BEFORE JUDGE DONLON, JANUARY 10, 1968

**No. R68/8.**—B. Schwartz & Co. and Aut Customs Brokers, Inc., *v.* United States, reappraisements R60/1030, etc. (New York).

In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *International Packers, Limited* v. *United States* (56 Cust. Ct. 636, Reap. Dec. 11147) and *International Packers, Limited* v. *United States* (52 Cust. Ct. 472, Reap. Dec. 10696), the court found and held that export value as defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for determining value of the cured boneless beef exported from Argentina during the period January 1, 1959, through December 31, 1959, described on the invoices of the entries covered by these appeals to reappraisement and that such value is the appraised value, less the Argentine retention tax of 8190 Argentine pesos per net metric ton.